UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

SEP **2 6** 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| KAILYNN MOORE-JONES, | ) )    **4:19CR00798 RWS/SPM** |
| Defendant. | ) ) |

## INDICTMENT

The Grand Jury charges that:

On or about August 18, 2019, in the Eastern District of Missouri, and elsewhere,

**KAILYNN MOORE-JONES,**

the defendant herein, with the intent to extort money from another person, namely R.W., knowingly transmitted in interstate commerce a communication containing a true threat to injure the reputation of R.W.

In violation of, and punishable under, Title 18, United States Code, Section 875(d).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

JOHN J. WARE, #40880MO
Assistant United States Attorney